David E. & Lucy **WHITTLE**, Appellants,

v.

Gertrude R. **WORKMAN**, Joann Sahrhage, Gloria Frazier, Trinity Lutheran Church, & Julian J. Ossman, Respondents.

No. WD 38635.

Missouri Court of Appeals, Western District.

March 10, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 1987.

Robert L. Hyder of Hyder & Prenger, P.C., Jefferson City, for appellants.

John W. Inglish of Inglish, Monaco, Riner & Lockenvitz, Jefferson City, for respondents.

Before PRITCHARD, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM:

Civil action seeking to have a will admitted to probate. The petition was dismissed upon a finding that the circuit court lacked jurisdiction.

Judgment affirmed. Rule 84.16(b).